

**U.S. Department of Justice**

*United States Attorney*
*Western District of Washington*

---

*1201 Pacific Avenue, Ste. 700*     *Tel: (253) 428-3800*
*Tacoma, WA 98402*    *Fax: (253) 428-3836*
*www.usdoj.gov/usao/waw*

July 24, 2015

**VIA ECF**

Linda R. Sullivan
Federal Public Defender's Office (TAC)

> Re:  United States v. JAY MICHAUD
>      <u>No.CR15-5351RJB, USDC, W.D. Washington</u>

Dear Counselor:

Please be advised that the arraignment for the defendant named in the above cause has been scheduled as follows:

> Date:      Monday, August 3, 2015
> Time:      1:30 P.M.
> Before:    Karen L. Strombom, United States Magistrate Judge
> Place:     Union Station Courthouse
>            1717 Pacific Avenue, Tacoma, Washington  98402

It will be necessary that you and your client be present at the time and place indicated above.  You are required to participate in a pretrial services interview prior to the initial appearance.  Contact the Pretrial Services Office at Union Station, Room 1152, 1717 Pacific Avenue, Tacoma, Washington, telephone number: (253) 882-3705 at least 24 hours prior to the scheduled hearing.  After that, you must be processed by the U.S. Marshal's Service before the afternoon court appearance.

The Court has requested us to call your attention to the Speedy Trial Act (18 U.S.C. §3161 et. seq.), and the District's Plan for Prompt Disposition of Criminal Cases.  The Clerk's Office has copies of the local plan.

Please note, by General Order dated December 2, 1993, Magistrate Judges are authorized to accept guilty pleas to felony charges.  Please coordinate with the Assistant United States Attorney assigned to the case in the event a guilty plea before trial is accepted.

> Very truly yours,
>
> ANNETTE L. HAYES
> United States Attorney
>
> */s/ Aliesha Salisbury* for
>
> S. KATE VAUGHAN
> Assistant United States Attorney