Judge Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JAY MICHAUD,<br>Defendant. | NO. CR15-5351RJB<br><br>GOVERNMENT'S NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL |

The United States of America, by Annette L. Hayes, United States Attorney for the Western District of Washington, and Matthew H. Thomas, Assistant United States Attorney for said District, hereby submits this Notice of Appearance of Additional Counsel in the above-referenced matter.

///

///

///

///

///

GOVERNMENT'S NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL - 1
*U.S. v. Jay Michaud*, Case No. CR15-5351RJB

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

AUSA Matthew H. Thomas will now appear on behalf of the United States in this cause, in addition to Assistant United States Attorney Kate S. Vaughan. Undersigned counsel respectfully requests that all pleadings, court documents, and correspondence be forwarded to the following:

MATTHEW H. THOMAS
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Telephone: (253) 428-3800
Facsimile: (253) 428-3826
E-mail: Matthew.H.Thomas@usdoj.gov

DATED this 14th day of September, 2015.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

MATTHEW H. THOMAS
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402
Telephone: (253) 428-3800
Facsimile: (253) 428-3826
E-mail: Matthew.H.Thomas@usdoj.gov

GOVERNMENT'S NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL - 2
*U.S. v. Jay Michaud*, Case No. CR15-5351RJB

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

**CERTIFICATE OF SERVICE**

I hereby certify that on September 17, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

   s/ Ellaine M. Wi
ELLAINE M. WI
FSA Paralegal III to
  MATTHEW H. THOMAS
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, WA  98402
Telephone:  (253) 428-3800
Facsimile:  (253) 428-3826
E-mail:  Ellaine.Wi@usdoj.gov

GOVERNMENT'S NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL - 3
*U.S. v. Jay Michaud*, Case No. CR15-5351RJB

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800