JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR15-5351RJB |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING DEFENSE |
| v. | ) | MOTION TO FILE OVERLENGTH |
| | ) | MOTION TO SUPPRESS EVIDENCE |
| JAY MICHAUD, | ) | |
| Defendant. | ) | |

Upon the motion of the Defense to file an Overlength Motion and Memorandum of Law in Support of Motion to Suppress Evidence in excess of the twelve-page limitation imposed by Local Rule 12(b)(5) of the Rules of the United States District Court for the Western District of Washington,

IT IS HEREBY ORDERED that leave of court is hereby granted for the defendant to file a Motion and Memorandum of Law in Support of Motion to Suppress Evidence not to exceed 19 pages.

IT IS SO ORDERED.

DATED this 19th day of October, 2015.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

Presented by:

s/ *Colin Fieman*
Assistant Federal Public Defender

ORDER GRANTING MOTION
TO FILE OVERLENGTH MOTION
(*United States v. Michaud; CR15-5351RJB*) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710