The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAY MICHAUD,<br><br>Defendant. | NO. CR15-5351 RJB<br><br>ORDER GRANTING MOTION TO CONTINUE RESPONSE AND REPLY DEADLINE FOR DEFENDANT'S MOTION TO SUPPRESS |

After consideration of the above motion seeking an extension of the period for the filing of the government's response the Defendant's Motion to Suppress be extended to November 16, 2015, and Defendant's reply be extended to November 30, 2015, said motion for extension is hereby GRANTED.

DATED this <u>26th</u> of October, 2015.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

Presented by:

*s/S. Kate Vaughan*
S. KATE VAUGHAN
Assistant United States Attorney

ORDER TO CONTINUE RESPONSE AND REPLY DEADLINE- 1
*United States v. Michaud* (CR15-5351RJB)- 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800