JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR15-5351RJB |
| Plaintiff, | **EXHIBIT B** IN SUPPORT OF DEFENDANT'S MOTION AND MEMORANDUM IN SUPPORT OF MOTION TO DISMISS INDICTMENT |
| v. | |
| JAY MICHAUD, | **FILED UNDER SEAL** |
| Defendant. | |

Jay Michaud, by and through his counsel, Assistant Federal Public Defenders Linda Sullivan and Colin Fieman, files the attached Exhibit in Support of Motion and Memorandum of Law in Support of Motion to Dismiss Indictment:

Exhibit B: February 20, 2015, Screen Shot of "Website A" homepage.

Dated this 20th day of November, 2015.

Respectfully submitted,

*s/ Colin Fieman*
*s/ Linda Sullivan*
Assistant Federal Public Defenders

EXHIBIT B IN SUPPORT OF MOTION TO DISMISS INDICTMENT **[FILED UNDER SEAL]**
(*United States v. Michaud*, CR15-5351RJB) - 1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

**CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2015, I electronically filed the foregoing Exhibit B in Support of Defendant's Motion and Memorandum of Law in Support of Motion to Dismiss Indictment **[Filed Under Seal]** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties registered with the CM/ECF system.

I further certify that I emailed a copy of Exhibit B to the registered parties.

> s/ *Amy Strickling*
> Amy Strickling, Paralegal
> Federal Public Defender Office
> 1331 Broadway, Suite 400
> Tacoma, WA 98402
> 253-593-6710 voice
> 253-593-6714 facsimile

EXHIBIT B IN SUPPORT OF MOTION TO DISMISS INDICTMENT **[FILED UNDER SEAL]**
(*United States v. Michaud*, CR15-5351RJB) - 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**







**Mtn to Dismiss Indict.
EXHIBIT B
(SEALED)**

MICHAUD_000439