JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR15-5351RJB |
| Plaintiff, | ) | |
| v. | ) | CERTIFICATION OF COMPLIANCE TO CrR 16 IN SUPPORT OF MOTION TO COMPEL DISCOVERY |
| JAY MICHAUD, | ) | |
| Defendant. | ) | |

COLIN FIEMAN, hereby certifies that:

The facts alleged in the Motion and Memorandum in Support of Motion to Compel Discovery are true and correct;

1. On July 14, 2015 the defense served omnibus discovery requests on the Government.

2. Supplemental discovery requests were served on the Government on September 9, September 23 and October 22, 2015. A copy of the October 22 discovery request letter is attached as exhibit A to Mr. Michaud's Motion to Compel discovery.

3. The parties (represented by myself and AUSA Kate Vaughan) held discovery conferences on October 29 and November 4, 2015.

///

CERTIFICATE OF COMPLIANCE
(*United States v Michaud; CR15-5351RJB*) - 1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

1  4.  Despite engaging in discovery conferences and discussing the subject
2  matter of this discovery motion with opposing counsel, we have been unable to reach
3  agreement on resolution of the defense's requests for additional discovery.

DATED this 20 day of November, 2015.

*s/ Colin Fieman*
Colin Fieman
Assistant Federal Public Defender

CERTIFICATE OF COMPLIANCE
(*United States v Michaud; CR15-5351RJB*) - 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**