1

JUDGE ROBERT J. BRYAN

2

3

4

5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

6

7

| UNITED STATES OF AMERICA, | ) | No. CR15-5351RJB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER TO SEAL DOCUMENT |
| JAY MICHAUD, | ) | |
| Defendant. | ) | |

8

9

10

11

12

13    THIS MATTER has come before the undersigned on the motion of Colin

14 Fieman to file Exhibits A-D in support of Defendant's Motion and Memorandum of

15 Law in Support of Motion to Suppress Evidence under seal. The Court has considered

16 the motion and records in this case and finds there are compelling reasons to file the

17 exhibits under seal.

18    IT IS HEREBY ORDERED that Exhibits A-D be filed under seal.

19    DATED this 23rd day of November, 2015.

20

21    _____

22    ROBERT J. BRYAN
      United States District Judge

23

24 Presented by:

25 s/ *Colin Fieman*
   Assistant Federal Public Defender

26 Attorney for Jay Michaud

ORDER TO SEAL DOCUMENT
(*United States v. Michaud;* CR15-5351RJB.) - 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**