Judge Robert J. Bryan

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-5351 RJB |
| Plaintiff, | |
| | ORDER GRANTING UNITED STATES' MOTION TO FILE A RESPONSE IN EXCESS OF 12 PAGES |
| v. | |
| JAY MICHAUD, | |
| Defendant. | |

The Court having reviewed the Government's Motion to File a Response in Excess of Twelve Pages, enters the following order:

IT IS HEREBY ORDERED that the motion is GRANTED. The Government may file a response to Defendant's Motion to Suppress Evidence that does not exceed 29 pages in length.

DATED this 23rd day of November, 2015.

ROBERT J. BRYAN
United States District Judge

Presented by:

*s/ S. Kate Vaughan*
S. KATE VAUGHAN
Assistant United States Attorney

ORDER TO FILE A MEMORANDUM IN EXCESS OF 12 PAGES (*United States v. Michaud*, CR14-5351 RJB) - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800