JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR15-5351RJB |
| Plaintiff, | ) ) | ORDER GRANTING DEFENDANT'S |
| v. | ) ) | MOTION TO FILE OVERLENGTH & MOTION TO SEAL DEFENDANT'S |
| JAY MICHAUD, | ) ) | SECOND MOTION TO SUPPRESS EVIDENCE AND REQUEST FOR |
| Defendant. | ) ) | *FRANKS* HEARING |

Upon the motion of the Defense to file an Overlength Second Motion to Suppress Evidence and Request for *Franks* Hearing in excess of the twelve-page limitation imposed by Local Rule 12(b)(5) of the Rules of the United States District Court for the Western District of Washington,

IT IS HEREBY ORDERED that leave of court is hereby granted for the defendant to file a Second Motion and Memorandum of Law in Support of Motion to Suppress Evidence and Request for *Franks* Hearing not to exceed 21 pages.

The Court has considered the motion and records in this case and finds there are compelling reasons to file the Second Motion to Suppress Evidence and exhibits attached under seal.

///

///

ORDER TO FILE OVERLENGTH & SEAL DEFENDANT'S SECOND MOTION TO SUPPRESS EVIDENCE
(*United States v. Michaud;* CR15-5351RJB.) - 1

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

1    IT IS HEREBY ORDERED that Defendant's Second Motion to Suppress
2 Evidence and Request for *Franks* Hearing be filed UNDER SEAL.
3    DATED this 4th day of December, 2015.

ROBERT J. BRYAN
United States District Judge

Presented by:

s/ *Colin Fieman*
Assistant Federal Public Defender
Attorney for Jay Michaud

ORDER TO FILE OVERLENGTH & SEAL
DEFENDANT'S SECOND MOTION TO SUPPRESS
EVIDENCE
(*United States v. Michaud;* CR15-5351RJB.) - 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**