JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR15-5351RJB |
| Plaintiff, | ) ) | ORDER GRANTING DEFENDANT'S MOTION TO FILE OVERLENGTH REPLY AND MOTION TO SEAL DEFENDANT'S REPLY TO GOVERNMENT RESPONSE TO FIRST MOTION TO SUPPRESS EVIDENCE |
| v. | ) ) ) | |
| JAY MICHAUD, | ) ) ) | |
| Defendant. | ) ) | |

Upon the motion of the Defense to file an Overlength Reply to Government Response to First Motion to Suppress Evidence in excess of the six-page limitation imposed by Local Rule 12(b)(5) of the Rules of the United States District Court for the Western District of Washington,

IT IS HEREBY ORDERED that leave of court is hereby granted for the defendant to file a Reply in Response to First Motion to Suppress Evidence not to exceed 29 pages.

The Court has considered the motion and records in this case and finds there are compelling reasons to file the Reply to Government Response to First Motion to Suppress Evidence and exhibits attached under seal.

///

///

ORDER TO FILE OVERLENGTH REPLY & SEAL
DEFENDANT'S REPLY TO GOVT RESP. TO FIRST
MOTION TO SUPPRESS EVIDENCE
(*United States v. Michaud;* CR15-5351RJB.) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

IT IS FURTHER ORDERED that Defendant's Reply to Government Response to First Motion to Suppress Evidence be filed UNDER SEAL.

DATED this 4th day of December, 2015.

*[signature]*

ROBERT J. BRYAN
United States District Judge

Presented by:

s/ *Colin Fieman*
Assistant Federal Public Defender
Attorney for Jay Michaud

ORDER TO FILE OVERLENGTH REPLY & SEAL
DEFENDANT'S REPLY TO GOVT RESP. TO FIRST
MOTION TO SUPPRESS EVIDENCE
(*United States v. Michaud;* CR15-5351RJB.) - 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**