Judge Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br><br>JAY MICHAUD,<br><br>Defendant. | NO. CR15-5351RJB<br><br>GOVERNMENT'S NOTICE OF APPEARANCE OF COUNSEL |

The United States of America, by and through Annette L. Hayes, United States Attorney for the Western District of Washington, and André M. Peñalver, Assistant United States Attorney for said District, hereby submits this Notice of Appearance of Counsel in the above-referenced matter.

The above-captioned matter has been assigned to André M. Peñalver, Assistant United States Attorney.  Undersigned counsel respectfully requests that all pleadings, court documents, and correspondence be sent to the attention of the undersigned at the address noted below.

//

//

NOTICE OF APPEARANCE – 1
U.S. v. MICHAUD/CR15-5351RJB

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1   DATED this 15th day of December, 2015.

2
3                                  Respectfully submitted,

4                                  ANNETTE L. HAYES
                                   United States Attorney
5

6
7                                    /s/ André M. Peñalver
                                   ANDRÉ M. PEÑALVER
8                                  Assistant United States Attorney
                                   United States Attorney's Office
9                                  1201 Pacific Avenue, Suite 700
                                   Tacoma, Washington 98402
10                                 Phone:  (253) 428-3822
11                                 E-mail:  André.Peñalver@usdoj.gov

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

NOTICE OF APPEARANCE – 2
U.S. v. MICHAUD/CR15-5351RJB

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney of record for the defendant.

/s/ Salee Porter
SALEE PORTER
Paralegal
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-4345
Fax: (206) 553-4440
E-mail: Salee.Porter@usdoj.gov

NOTICE OF APPEARANCE – 3
U.S. v. MICHAUD/CR15-5351RJB

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800