The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>JAY MICHAUD,<br><br>                Defendant. | NO. CR15-5351RJB<br><br>NOTICE OF WITHDRAWAL<br>OF COUNSEL |

Please take notice that S. Kate Vaughan, Assistant United States Attorney, hereby files this Notice of Withdrawal of Counsel. Assistant United States Attorney André M. Peñalver has filed a Notice of Appearance and remains as counsel for the Government in the above-captioned matter.

//
//
//

NOTICE OF WITHDRAWAL / MICHAUD
(CR15-5351RJB) - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(206) 553-7970

1  DATED this 15th day of December, 2015.

2

3                                         Respectfully submitted,

4                                         ANNETTE L. HAYES
                                          United States Attorney
5

6                                         *s/ S. Kate Vaughan*
                                          S. KATE VAUGHAN
7                                         Assistant United States Attorney
8                                         United States Attorney's Office
                                          700 Stewart Street, Suite 5220
9                                         Seattle, Washington 98101
                                          Telephone: 206-553-4148
10                                        Facsimile: 206-553-0882
                                          E-Mail: kate.vaughan@usdoj.gov
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL / MICHAUD
(CR15-5351RJB) - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant.

*/s/ Rebecca Eaton*
REBECCA EATON
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: 206-553-5127
Fax: 206-553-0882
Email: rebecca.eaton@usdoj.gov

NOTICE OF WITHDRAWAL / MICHAUD
(CR15-5351RJB) - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(206) 553-7970