The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAY MICHAUD,<br><br>Defendant. | NO. CR15-5351RJB<br><br>GOVERNMENT'S NOTICE OF APPEARANCE OF COUNSEL |

The United States of America, by and through its attorney Annette L. Hayes, United States Attorney for the Western District of Washington, and Matthew P. Hampton, Assistant United States Attorney for said District, hereby submits this Notice of Appearance of Counsel in the above-referenced matter.

//
//
//
//
//
//

NOTICE OF APPEARANCE – MICHAUD - 1
CR15-5351RJB

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(206) 553-7970

Assistant United States Attorney MATTHEW P. HAMPTON is now counsel on behalf of the United States and respectfully requests that all pleadings, court documents, and correspondence be forwarded to the below-listed AUSA:

    MATTHEW P. HAMPTON
    United States Attorney's Office
    700 Stewart Street, Suite 5220
    Seattle, Washington 98101-1271
    Fax Number: (206) 553-0882

Dated this 15th Day of December, 2015.

    Respectfully submitted,
    ANNETTE L. HAYES
    United States Attorney

    *s/ Matthew P. Hampton*
    MATTHEW P. HAMPTON
    Assistant United States Attorney
    United States Attorney's Office
    700 Stewart Street, Suite 5220
    Seattle, Washington 98101-1271
    Phone: 206-553-6677
    Fax Number: 206-553-4073
    Email:  matthew.hampton@usdoj.gov

NOTICE OF APPEARANCE – MICHAUD - 2
CR15-5351RJB

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(206) 553-7970

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on December 15, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record for the defendants.

*/s/ Rebecca Eaton*
REBECCA EATON
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: 206-553-5127
Fax: 206-553-0882
Email: rebecca.eaton@usdoj.gov

NOTICE OF APPEARANCE – MICHAUD - 3
CR15-5351RJB

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(206) 553-7970