Judge Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br><br>　　　v.<br><br>JAY MICHAUD,<br><br>　　　　　Defendant. | NO. CR15-5351 RJB<br><br>ORDER GRANTING UNITED STATES'<br>MOTION TO FILE A RESPONSE IN<br>EXCESS OF 12 PAGES |

The Court having reviewed the Government's Motion to File a Response in Excess of Twelve Pages, enters the following order:

IT IS HEREBY ORDERED that the motion is GRANTED.  The Government may file a response to Defendant's Motion to Dismiss Indictment that does not exceed 21 pages in length.

DATED this _____ day of _____, 20　　.

_____
ROBERT J. BRYAN
United States District Judge

Order to File a Memorandum in Excess of 12 Pages (*United States v. Michaud*, CR14-5351 RJB) - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

Presented by:

*s/ Matthew P. Hampton*
MATTHEW P. HAMPTON
ANDRE M. PENALVER
Assistant United States Attorneys

Order to File a Memorandum in Excess of 12 Pages (*United States v. Michaud*, CR14-5351 RJB) - 2