Judge Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | NO. CR15-5351 RJB |
|---|---|
| Plaintiff, | |
| | ORDER GRANTING UNITED STATES' MOTION FOR LEAVE TO FILE SURREPLY |
| v. | |
| JAY MICHAUD, | |
| Defendant. | |

The Court having reviewed the Government's Motion for Leave to File Surreply enters the following order:

IT IS HEREBY ORDERED that leave is GRANTED.  The Government may file a surreply to the defendant's First Motion to Suppress.

DATED this _____ day of _____, 20    .


_____
ROBERT J. BRYAN
United States District Judge

Presented by:

*s/ Matthew P. Hampton*
MATTHEW P. HAMPTON
ANDRE M. PENALVER
Assistant United States Attorneys

ORDER FOR LEAVE FOR SURREPLY
(*United States v. Michaud*, CR14-5351 RJB) - 1