Judge Robert J. Bryan

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>JAY MICHAUD,<br><br>　　　　　　　Defendant. | NO. CR15-5351 RJB<br><br>ORDER GRANTING UNITED STATES' MOTION TO FILE A RESPONSE IN EXCESS OF 6 PAGES |

The Court having reviewed the Government's Motion to File a Response in Excess of Six Pages, enters the following order:

IT IS HEREBY ORDERED that the motion is GRANTED.  The Government may file a Surreply to Defendant's Motion to Suppress Evidence and Statements that does not exceed 8 pages in length.

DATED this 5th day of  January, 2016 .

*[signature]*

ROBERT J. BRYAN
United States District Judge

Presented by:

*s/ Matthew P. Hampton*
ANDRE M. PENALVER
MATTHEW P. HAMPTON
Assistant United States Attorneys

Order to File a Memorandum in Excess of 12 Pages (*United States v. Michaud*, CR14-5351 RJB) - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800