Judge Robert J. Bryan

1
2
3
4
5
6
7       UNITED STATES DISTRICT COURT FOR THE
8           WESTERN DISTRICT OF WASHINGTON
                        AT TACOMA
9

10   UNITED STATES OF AMERICA,            NO. CR15-5351 RJB
11                       Plaintiff,
                                          ORDER GRANTING UNITED STATES'
12                                        MOTION FOR LEAVE TO FILE
                                          SURREPLY
13               v.
14   JAY MICHAUD,
15                       Defendant.
16

17        The Court having reviewed the Government's Motion for Leave to File Surreply

18   enters the following order:

19        IT IS HEREBY ORDERED that leave is GRANTED.  The Government may file a

20   surreply to the defendant's First Motion to Suppress.

21        DATED this 5th day of  January, 2016.

22
23
24                           ROBERT J. BRYAN
                             United States District Judge
25   Presented by:
26   s/ Matthew P. Hampton
27   MATTHEW P. HAMPTON
     ANDRE M. PENALVER
28

ORDER FOR LEAVE FOR SURREPLY
(*United States v. Michaud*, CR14-5351 RJB) - 1

1 | Assistant United States Attorneys
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER FOR LEAVE FOR SURREPLY
(*United States v. Michaud*, CR14-5351 RJB) - 2