The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | NO. CR15-05351 RJB |
|---|---|
| Plaintiff, | |
| v. | ORDER TO SEAL |
| JAY MICHAUD, | |
| Defendant. | |

Having read the Government's Surreply to Defendant's Motion to Suppress in the above-captioned case, which was filed under seal, and Government's Motion to Seal requesting that the Government's Surreply to Defendant's Motion to Suppress be allowed to remain under seal,

It is hereby ORDERED that the Government's Surreply to Defendant's Motion to Suppress in this matter shall remain sealed.

DATED this 5th day of January, 2016.

*(signature)*
ROBERT J. BRYAN
United States District Judge

Presented by:
*/s/ Matthew P. Hampton*
MATTHEW P. HAMPTON
ANDRE M. PENALVER
Assistant United States Attorneys

Order to Seal (*United States v. Michaud*, CR15-5351 RJB) - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800