The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-05351 RJB |
| Plaintiff, | |
| v. | ORDER TO SEAL |
| JAY MICHAUD, | |
| Defendant. | |

Having read the Government's Response to Defendant's Motion to Compel in the above-captioned case, which was filed under seal, and Government's Motion to Seal requesting that the Government's Response to Defendant's Motion to Compel be allowed to remain under seal,

It is hereby ORDERED that the Government's Response to Defendant's Motion to Compel in this matter shall remain sealed.

DATED this 7th day of January, 2015.

ROBERT J. BRYAN
United States District Judge

ORDER TO SEAL
*United States v. Michaud*; CR15-05351 RJB  - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970