The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>JAY MICHAUD,<br><br>　　　　　　Defendant. | NO. CR15-05351 RJB<br><br>ORDER TO SEAL |

Having read the Government's Response to Defendant's Second Motion to Suppress and for a *Franks* Hearing in the above-captioned case, which was filed under seal, and Government's Motion to Seal requesting that the Government's Response to Defendant's Second Motion to Suppress and for a Franks Hearing be allowed to remain under seal,

It is hereby ORDERED that the Government's Response to Defendant's Second Motion to Suppress and for a *Franks* Hearing in this matter shall remain sealed.

DATED this 7th day of January, 2016.

*[signature]*
ROBERT J. BRYAN
United States District Judge

Presented by:
*/s/ Matthew P. Hampton*
MATTHEW P. HAMPTON
ANDRE M. PENALVER
Assistant United States Attorneys

Order to Seal
(*United States v. Michaud*, CR15-5351 RJB) - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800