WA/WD PTS-Modification
(01/15)

# UNITED STATES DISTRICT COURT
for
Western District of Washington

FILED   LODGED
RECEIVED
JAN 08 2016
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                    DEPUTY

Report on Defendant Under Pretrial Services Supervision

| Name of Defendant | Date |
|---|---|
| **Michaud, Jay** | January 7, 2016 |
| Name of Judicial Officer | Case Number |
| The Honorable J. Richard Creatura, U.S. Magistrate Judge | 3:15-CR-05351-RJB |
| Original Offense<br>Count 1: Possession of Child Pornography<br><br>Count 2: Receipt of Child Pornography | Date Supervision Commenced<br><br>July 17, 2015 |

Bond Conditions Imposed:

- Surrender all current and expired passports and travel documents to the court. Do not apply for/obtain a new passport or travel document from any country without permission of the court. If the surrendered passport is a foreign passport, it shall be forwarded to Immigration and Customs Enforcement if defendant is convicted of an offense, unless otherwise ordered by the Court.

- Maintain residence as directed. Do not change residence without prior approval of Pretrial Services or as directed by Pretrial Services.

- Do not peruse or possess sexually explicit material as defined in Title 18, USC, Section 2256(2)(A-E).

- The defendant shall not use, possess or have access to a computer or computer components (functional or non-functional), including but not limited to hard drives, external storage devices, keyboards, and mouse, at the defendant's residence, place of employment, private homes, libraries, schools, or other public locations, without prior approval of Pretrial Services. In addition, the defendant shall not use, possess, or have access to PDA's, gaming systems, and Internet enabled TV devices, nor access the internet through use of a cellular phone device. The defendant shall not access the internet, or private or public computer networks, or not have others do so on his/her behalf, without prior approval of Pretrial Services. The defendant hereby consents to U.S. Pretrial Services' use of electronic detection devices to evaluate the defendant's access to WiFi (wireless fidelity) connections.

- Notify current employer of pending charges by July 21, 2015. The employer shall sign a Third Party Disclosure Form as directed by Pretrial Services.

- You must contribute towards the costs of the services required by this bond; to the extent you are financially able to do so, as determined by Pretrial Services.

- Mandatory Conditions Required Under the Adam Walsh Act:

    No contact with alleged victims and potential witnesses.

Case 3:15-cr-05351-RJB   Document 107   Filed 01/08/16   Page 2 of 3

The Honorable J. Richard Creatura, U.S. Magistrate Judge  Page 2 of 4
Report on Defendant Under Pretrial Services Supervision  January 7, 2016

> Report to Pretrial Services as directed.
>
> Comply with a specified curfew.
>
> You are prohibited from possessing or having access to firearms and dangerous weapons. All firearms and dangerous weapons must be removed from your residence(s), vehicle(s), and place of employment. This condition operates in conjunction with any restrictions imposed under Title 18, USC 922, and the Washington State Revised Code, Chapter 9.41
>
> Abide by specified restrictions on personal associations, place of abode, or travel.
>
> Maintain residence as directed. Do not change residence without prior approval of Pretrial Services or as directed by Pretrial Services.
>
> Do not frequent places primarily used by persons under the age of 18 without prior approval of Pretrial Services.
>
> The defendant shall not affiliate with, own, control, and/or be employed in any capacity by a business, organization, and/or volunteer activity that causes him/her to regularly contact persons under the age of 18.
>
> You shall not have contact with any person under the age of 18 without the permission of the Pretrial Services Office. You may be required to be chaperoned by an adult, pre-approved by Pretrial Services, when in the presence of minors.
>
> The defendant shall participate in the location monitoring program with Active Global Positioning Satellite. The defendant shall comply with a curfew as directed by the location monitoring specialist. The defendant shall abide by all program requirements, and must contribute towards the costs of the services, to the extent financially able, as determined by the location monitoring specialist. **The location monitoring specialist will coordinate the defendant's release with the U.S. Marshals.**

- You shall not have direct contact or indirect contact with any existing and/or future witnesses in this case.

- The defendant will participate in a mental health program or the Crisis Intervention Program.

## STATUS

The defendant was released on bond with the special conditions of supervision noted above on July 17, 2015. He completed an intake appointment, at which time his conditions of supervision were explained and acknowledged. The consequences of non-compliance were also explained.

As a condition of his bond, the defendant is required to participate in the Crisis Intervention Program in Tukwila, Washington. Defendants who are charged with certain sex offenses are required to attend this support group or mental health treatment in lieu of Crisis Intervention, unless excused by the Court. The defendant resides in Vancouver, Washington and transportation to Tukwila would be an unnecessary hardship.

Case 3:15-cr-05351-RJB   Document 107   Filed 01/08/16   Page 3 of 3

The Honorable J. Richard Creatura, U.S. Magistrate Judge                Page 3 of 4
Report on Defendant Under Pretrial Services Supervision                 January 7, 2016

The defendant is attending counseling sessions with Dr. Jack M. Littman, a psychologist with Clinical and Forensic Psychology in Vancouver, Washington. This officer has confirmed that suicide prevention is incorporated in the defendant's counseling sessions.

Given his physical distance from the program, Pretrial Services is seeking the Court's approval for the defendant to continue participate in a mental health treatment program.

The defendant resides alone in Vancouver, Washington. He is unemployed and financially supported by Social Security and his state pension. A Trial date has been scheduled before the Honorable Robert J. Bryan, U.S. District Judge, on February 16, 2016, at 9:30 AM.

Both defense counsel and Assistant U.S. Attorney have been notified of the actions taken by the probation officer. It is respectfully recommended that the Court endorse the actions taken by the probation officer at this time.

I declare under penalty of perjury that the foregoing is true and correct.
Executed on this 7th day of January, 2016.

Michael DiGuilio
U.S. Probation Officer

APPROVED:
Connie Smith
Chief U.S. Probation and
Pretrial Services Officer

BY:
Julie M. Busic
Supervising U.S. Probation Officer

---

THE COURT FINDS PROBABLE CAUSE AND DIRECTS:

☒ Judicial Officer endorses the U.S. Probation Officer's actions
☐ Other

J. Richard Creatura, U.S. Magistrate Judge

1/8/16
Date