JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR15-5351RJB |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING DEFENSE |
| v. | ) | MOTION TO FILE OVERLENGTH |
| | ) | CONSOLIDATED REPLY |
| JAY MICHAUD, | ) | |
| | ) | |
| Defendant. | ) | |

Upon the motion of the Defense to file a Consolidated Reply to the Government's Response to Second Motion to Suppress Evidence, Response to *Franks* Motion, Response to Motion to Dismiss and Surreply Memo, in excess of the six-page limitation imposed by Local Rule 12(b)(5) of the Rules of the United States District Court for the Western District of Washington,

IT IS HEREBY ORDERED that leave of court is granted for the defendant to file a Consolidated Reply to the Government's Response to Second Motion to Suppress Evidence, Response to *Franks* Motion, Response to Motion to Dismiss and Surreply Memo not to exceed 34 pages.

IT IS SO ORDERED.

DONE this 12th day of January, 2016.

*[signature]*

ROBERT J. BRYAN
United States District Judge

Presented by:

s/ *Colin Fieman*
Assistant Federal Public Defender

ORDER GRANTING MOTION
TO FILE OVERLENGTH REPLY
(*United States v. Michaud; CR15-5351RJB*) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710