JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR15-5351RJB |
| Plaintiff, | ) | |
| | ) | CERTIFICATION OF COMPLIANCE |
| v. | ) | TO CrR 16 IN SUPPORT OF THIRD |
| | ) | MOTION TO COMPEL DISCOVERY |
| JAY MICHAUD, | ) | |
| | ) | |
| Defendant. | ) | |

COLIN FIEMAN, hereby certifies that:

The facts alleged in the Third Motion and Memorandum in Support of Motion to Compel Discovery are true and correct;

1. On September 9, 2015, the defense requested a copy of the programming code for the "Network Investigative Technique" (NIT) that was deployed on Mr. Michaud's computer. The Government declined to produce the code.

2. On November 20, 2015, the defense filed its First Motion to Compel Discovery (Dkt. 54). The Court scheduled a hearing on the motion for December 14, 2015.

3. On December 10, 2015, the Government notified the defense that it was withdrawing its objection to disclosing the NIT code.

CERTIFICATE OF COMPLIANCE
(*United States v Michaud; CR15-5351RJB*) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

1        4.    On January 5, 2016, the Government filed a Stipulated Motion for Entry of Discovery Protective Order for the NIT code (Dkt. 96).  The Court issued an NIT data protective order the same day (Dkt.102).

      5.    On January 11, 2016, the defense's code expert received a password protected disc from the FBI ostensibly containing the NIT data.  The expert made a preliminary assessment of that data on January 12 and then notified defense counsel that the data was incomplete.  The same day, defense counsel emailed the Government, identified the missing information, and requested its production.

      6.    The Government notified the defense on January 13, 2016, that it will not disclose the missing NIT data.

      7.    Despite engaging in discovery conferences and discussing the subject matter of this discovery motion with opposing counsel, we have been unable to reach agreement on resolution of the defense's requests for additional discovery.

DATED this 14th day of January, 2016.

*s/ Colin Fieman*
Colin Fieman
Assistant Federal Public Defender

CERTIFICATE OF COMPLIANCE
(*United States v Michaud*; CR15-5351RJB) - 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**