Judge Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAY MICHAUD,<br><br>Defendant. | NO. CR15-5351 RJB<br><br>ORDER GRANTING UNITED STATES' MOTION TO FILE A RESPONSE TO DEFENDANTS MOTIO TO COMPEL IN EXCESS OF 12 PAGES |

The Court having reviewed the Government's Motion to File a Response in Excess of Twelve Pages, enters the following order:

IT IS HEREBY ORDERED that the motion is GRANTED. The Government may file a response to Defendant's Motion to Suppress Evidence that does not exceed 18 pages in length.

DATED this 15 day of Jan 2016.

ROBERT J. BRYAN
United States District Judge

Presented by:

s/ S. Kate Vaughan
S. KATE VAUGHAN
Assistant United States Attorney

ORDER TO FILE A MEMORANDUM IN EXCESS OF 12 PAGES (*United States v. Michaud*, CR14-5351 RJB) - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800