Judge Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JAY MICHAUD,<br><br>    Defendant. | NO. CR15-5351 RJB<br><br>ORDER GRANTING UNITED STATES' MOTION TO FILE A RESPONSE TO DEFENDANTS MOTIO TO COMPEL IN EXCESS OF 12 PAGES |

The Court having reviewed the Government's Motion to File a Response in Excess of Twelve Pages, enters the following order:

IT IS HEREBY ORDERED that the motion is GRANTED. The Government may file a response to Defendant's Motion to Suppress Evidence that does not exceed 18 pages in length.

DATED this 15 day of ~~December, 2015~~ Jan 2016

ROBERT J. BRYAN
United States District Judge

Presented by:

*s/ S. Kate Vaughan*
S. KATE VAUGHAN
Assistant United States Attorney

ORDER TO FILE A MEMORANDUM IN EXCESS OF 12 PAGES (*United States v. Michaud*, CR14-5351 RJB) - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800