The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAY MICHAUD,<br><br>Defendant. | NO. CR15-05351 RJB<br><br>ORDER TO SEAL |

Having read the Government's Response to Defendant's Motion to Dismiss in the above-captioned case, which was filed under seal, and Government's Motion to Seal requesting that the Government's Response to Defendant's Motion to Dismiss be allowed to remain under seal,

It is hereby ORDERED that the Government's Response to Defendant's Motion to Dismiss in this matter shall remain sealed.

DATED this 15th day of January, 2016.

_____
ROBERT J. BRYAN
United States District Judge

Order to Seal (*United States v. Michaud*, CR15-5351 RJB)  - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800