JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR15-5351RJB |
| Plaintiff, | ) ) | REPLY TO GOVERNMENT |
| v. | ) ) | RESPONSE TO REQUEST FOR DISCOVERY HEARING AND |
| JAY MICHAUD, | ) ) | GOVERNMENT MOTION FOR CONTINUANCE |
| Defendant. | ) ) | |

## I. ARGUMENT

Jay Michaud, through counsel, does not oppose the Government's request for additional time to brief and argue the issue of whether it must disclose the NIT code to the defense. *See* Dkt. 123 (Government Response to Request for Expedited Hearing) at 4. The defense, however, firmly opposes the Government's additional request that the Court postpone the January 22 hearing on Mr. Michaud's pending motions for suppression, *Franks* hearing and dismissal of the indictment.

First, as set forth in Mr. Michaud's January 11, 2016, Consolidated Reply, all of the facts relevant to the pending issues and motions are now before the Court. *See* Dkt. 111 at 29-34. Further, the Government has represented in its continuance request that discovery of the NIT code is not relevant to the pending suppression or *Franks* issues. Dkt. 123 at 3, ll. 26-27. While it is possible that defense analysis of the complete code, if ultimately allowed by the Court, will reveal new *Franks* issues (for example, if the NIT warrant application did not accurately describe the NITs functions or capabilities), the defense is prepared at this point to accept the Government's assurance that it is not

REPLY TO GOVERNMENT RESPONSE TO
REQUEST FOR DISCOVERY HEARING AND
GOVERNMENT MOTION FOR
CONTINUANCE
(*United States v. Michaud;* CR15-5351RJB.) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

withholding discovery that relates to the pending suppression or dismissal motions. Accordingly, at this juncture, discovery of the code is material to potential "chain of custody" issues for data that the Government may seek to introduce at trial and potential *Daubert* challenges to that evidence. Those issues, however, will be rendered moot (for purposes of this case at least) if the Court grants Mr. Michaud's motions for suppression or dismissal.

Second, the defense recognizes that the Government has a legitimate interest in litigating its assertion of a "qualified law enforcement privilege" for the code and any sensitive law enforcement or national security interests that may be implicated by its disclosure. Accordingly, the defense does not object to the Court setting a briefing and hearing schedule on the discovery issue that will allow the Government sufficient time to marshal and present its arguments. What the defense does object to, however, is the Government using the emerging code discovery issue as a pretext for delaying the Court's resolution of the pending suppression and dismissal issues.

In this regard, it is important to note that the defense asked for discovery of the NIT code last September; it filed a timely motion to compel disclosure of the code in November (Dkt, 54); and the Government elected not to litigate that discovery request or pursue its claim of an exemption prior to the December 14, 2015, hearing on the discovery motion. In addition, on December 1 the Government requested (and the defense did not oppose) a continuance and scheduling order that set a hearing on the suppression and *Franks* motions for January 22. Dkt. 67 at 2. The Court adopted the Government's proposed schedule in its December 7, 2015, scheduling order. Dkt. 76. Based on this scheduling order, one of the defense's experts has canceled a previously scheduled trip to Geneva and arranged to fly to Tacoma from the East Coast for the January 22 hearing so that he will be available to consult with defense counsel during the hearing and testify, if needed, as a rebuttal witness.

REPLY TO GOVERNMENT RESPONSE TO REQUEST FOR DISCOVERY HEARING AND GOVERNMENT MOTION FOR CONTINUANCE
(*United States v. Michaud;* CR15-5351RJB.) - 2

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

1   In short, setting aside any dispute about what the Government agreed to disclose
2   before the December 14 hearing on the original motion to compel, the defense agrees
3   with the Government about "the need to keep this case moving" (Dkt. 123 at 3), and
4   Mr. Michaud therefore asks the Court to proceed with the January 22 suppression
5   hearing as scheduled.  The defense further requests that the Court enter an order setting
6   a briefing schedule for the motion to compel NIT discovery that will allow the
7   Government time to address the issues it has now raised, while at the same time
8   allowing the case to proceed with an orderly and efficient resolution of the potentially
9   dispositive issues now pending before the Court.
10      Finally, on January 14, the Government filed a superseding indictment against
11  Mr. Michaud, adding a second count of receipt of pornography.  Dkt. 117.  Mr.
12  Michaud requests that the Court add his arraignment on the new indictment to the
13  January 22 calendar.  Mr. Michaud will be entering a plea of not guilty to all counts.
14      Dated this 19th day of January, 2016.

Respectfully submitted,

*s/ Colin Fieman*
*s/ Linda Sullivan*
Attorneys for Jay Michaud

REPLY TO GOVERNMENT RESPONSE TO
REQUEST FOR DISCOVERY HEARING AND
GOVERNMENT MOTION FOR
CONTINUANCE
(*United States v. Michaud;* CR15-5351RJB.) - 3

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 19, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties registered with the CM/ECF system.

s/ *Carolynn Cohn*
Paralegal
Federal Public Defender

REPLY TO GOVERNMENT RESPONSE TO
REQUEST FOR DISCOVERY HEARING AND
GOVERNMENT MOTION FOR
CONTINUANCE
(*United States v. Michaud;* CR15-5351RJB.) - 4

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**