JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR15-5351RJB |
| Plaintiff, | DEFENDANT'S PROPOSED WITNESS LIST |
| v. | |
| JAY MICHAUD, | *[Hearing: January 22, 2016]* |
| Defendant. | |

Defendant, Jay Michaud, through his defense counsel, Assistant Federal Public Defender Colin Fieman and Linda Sullivan, hereby submits the following list of persons the defense may call to testify as witnesses for the motions hearings set in this matter.

1. Chris Soghoian, ACLU Principal Technologist.

Dated this 21st day of January, 2016.

Respectfully submitted,

*s/ Colin Fieman*
Assistant Federal Public Defender
Attorney for Jay Michaud

DEFENDANT'S PROPOSED WITNESS LIST
(*United States v. Michaud*; CR15-5351RJB) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

**CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties registered with the CM/ECF system.

s/ Amy Strickling
Paralegal
Federal Public Defender Office

DEFENDANT'S PROPOSED WITNESS LIST
(*United States v. Michaud*; CR15-5351RJB) - 2

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**