The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| UNITED STATES OF AMERICA, Plaintiff, v. JAY MICHAUD, Defendant. | NO. CR 15-05351-RJB<br><br>GOVERNMENT'S WITNESS LIST FOR HEARING<br><br>Hearing Date: January 22, 2016 |
|---|---|

As directed by the Court in its January 20, 2016, Order, the government provides the following list of witnesses it intends to call at the evidentiary hearing scheduled for January 22, 2016. The government has also indicated in parentheses next to the name of each witness an estimate of the length of time required for the government to complete its direct examination of each witness.

<u>Witness</u>

FBI Special Agent Douglas Macfarlane (45 minutes)

FBI Special Agent Daniel Alfin (90 minutes)

FBI Special Agent Samuel Mautz (45 minutes)

Witness List for January 22, 2016 Evidentiary Hearing - 1 (CR 15-05351-RJB)

| | |
|---|---|
| 1 | DATED this 21st day of January, 2016. |
| 2 | Respectfully submitted, |
| 3 | ANNETTE L. HAYES |
| 4 | United States Attorney |
| 5 | */s/ Matthew P. Hampton* |
| 6 | MATTHEW P. HAMPTON<br>Assistant United States Attorney |
| 7 | United States Attorney's Office |
| 8 | 700 Stewart Street, Suite 5220<br>Seattle, Washington 98101-1271 |
| 9 | Phone: 206-553-6677 |
| 10 | Fax Number: 206-553-0755 |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant.

*/s/ Rebecca Eaton*
REBECCA EATON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax Number: 206-553-0755

Witness List for January 22, 2016 Evidentiary Hearing - 3 (CR 15-05351-RJB)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970