The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JAY MICHAUD,<br><br>Defendant. | NO. CR 15-05351-RJB<br><br>GOVERNMENT'S<br>WITNESS LIST FOR HEARING<br><br>Hearing Date: January 22, 2016 |

As directed by the Court in its January 20, 2016, Order, the government provides the following list of witnesses it intends to call at the evidentiary hearing scheduled for January 22, 2016. The government has also indicated in parentheses next to the name of each witness an estimate of the length of time required for the government to complete its direct examination of each witness.

<u>Witness</u>

FBI Special Agent Douglas Macfarlane (45 minutes)

FBI Special Agent Daniel Alfin (90 minutes)

FBI Special Agent Samuel Mautz (45 minutes)

1 | DATED this 21st day of January, 2016.

Respectfully submitted,

ANNETTE L. HAYES
United States Attorney

*/s/ Matthew P. Hampton*
MATTHEW P. HAMPTON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-6677
Fax Number: 206-553-0755

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant.

*/s/ Rebecca Eaton*
REBECCA EATON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax Number: 206-553-0755