JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR15-5351RJB |
| Plaintiff, | ) ) | DEFENDANT'S AMENDED EXHIBIT LIST |
| v. | ) ) | |
| JAY MICHAUD, | ) ) | *[Hearing: January 22, 2016]* |
| Defendant. | ) ) ) | |

Defendant, Jay Michaud, through his defense counsel, Assistant Federal Public Defender Colin Fieman and Linda Sullivan, hereby submits the following list of exhibits the defense may introduce in the motions hearings set in this matter.

    A-01  NIT Application (Dkt #41, Exhibit C) (Gov't Bates 0134-0170);

    A-02  NIT Warrant (Dkt #41, Exhibit C) (Gov't Bates 0171-0172);

    A-03  Colorado Warrant, In re: email address texas.slayer@yahoo.com (Dkt # 111, Exhibit A);

    A-04  Nebraska Warrant, In re: s7cgvirt5wvojl5.onion (Dkt #111, Exhibit B);

    A-05  PlayPen Home Page (Gov't Bates 0439) (Dkt # 52);

    A-06  PlayPen Logon Category Page (Dkt #65, Exhibit B);

    A-07  PlayPen Home Page Revised (Dkt #90, Exhibit 1);

DEFENDANT'S AMENDED EXHIBIT LIST
(*United States v. Michaud*; CR15-5351RJB) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

A-08   Gov't Communication Re: PlayPen Screenshots (Gov't Bates 0645-0647);

A-09   *US v. Cottom* Findings and Recommendations, Nebraska CR13-0108JFB, (Dkt #69, Exhibit A);

A-10   Extract of Pages from Government's Response to Second Motion to Suppress and Request for *Franks* Hearing (Dkt #90);

A-11   Extract of Pages from United States' Response to Defendant's Motion to Compel (Dkt #74);

A-12   Transcript of *U.S. v. Cottom*, CR13-108, Motion to Suppress Hearing, April 17, 2014;

A-13   Department of Homeland Security Policy Directive 047-02, October 19, 2015;

A-14   Department of Justice Policy Guidance: Use of Cell-Site Simulator Technology.

Dated this 21st day of January, 2016.

                                           Respectfully submitted,

                                           *s/ Colin Fieman*
                                           Assistant Federal Public Defender
                                           Attorney for Jay Michaud

DEFENDANT'S AMENDED EXHIBIT LIST
(*United States v. Michaud*; CR15-5351RJB) - 2

**FEDERAL PUBLIC DEFENDER**
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties registered with the CM/ECF system.

                                                s/ Amy Strickling
                                                Paralegal
                                                Federal Public Defender Office

DEFENDANT'S AMENDED EXHIBIT LIST
(*United States v. Michaud*; CR15-5351RJB) - 3

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**