The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, Plaintiff, v. JAY MICHAUD, Defendant. | NO. CR 15-05351-RJB<br><br>GOVERNMENT'S EXHIBIT LIST<br><br>Hearing Date: January 22, 2016 |
|---|---|

The following is a list of exhibits the Government may introduce during the hearing in this matter currently set for January 22, 2016 at 9:30 a.m.

| Exh. No. | Title: | Admitted: | Sealed: |
|---|---|---|---|
| 1 | NIT Warrant, Affidavit, and Application (Dkt 47, Ex 1) | | |
| 2 | Residential Warrant, Affidavit and Application (Dkt 47, Ex 2) | | |
| 3 | Phone Warrant, Affidavit, and Application (Dkt 47, Ex 3) | | |
| 4 | Delayed Notice Extension Orders (Dkt 47, Ex 4) | | |
| 5 | T3 Order, Application, and Affidavit (Dkt 47, Ex 5) | | |
| 6 | Tor Project Overview (Dkt 94, Ex 1) | | |

Exhibit List for Hearing - 1 (CR 15-05351-RJB)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | | | | |
|---|---|---|---|---|
| | 7 | Tor FAQ (Dkt 94, Ex 2) | | |
| | 8 | Main page and site logo as of February 3, 2015 (Dkt 90, Ex 1) | | |
| | 9 | Main page and site logo as of February 19, 2015 (Dkt 90, Ex 2) | | |
| | 10 | Demonstrative on the Internet, websites, Tor, and NITs | | |
| | 11 | Website Screen shots, September 16, 2014 UC session<br><br>o      11A – Registration Agreement<br><br>o      11B – Information & Rules Forum<br><br>o      11C – Rules Post (CONTAINS CONTRABAND)<br><br>o      11D – Example Posting (CONTAINS CONTRABAND) | | |
| | 12 | Website Screen shots, February 3-5, 2015 UC session<br><br>o      12A – Main Page Before Login<br><br>o      12B – Index Page After Login<br><br>o      12C – Example Posting (CONTAINS CONTRABAND)<br><br>o      12D – Administrator Posting | | |
| | 13 | Screen shots from offline reconstituted site<br><br>o 13A posting thread re new logo<br><br>o 13B message thread Pewter was on at time of NIT deployment (CONTAINS CONTRABAND)<br><br>o 13C other page with CP Pewter accessed during session when NIT deployed (CONTAINS CONTRABAND) | | |

| | | |
|---|---|---|
| 14 | Pictures of administrator's computer screen from February 20, 2015, search | |
| 15 | DVD of Cygnus Report (CONTAINS CONTRABAND)<br><br>○ 15A – Pewter Overview<br><br>○ 15B – NIT Information Collected<br><br>○ 15C – Pewter IP Log | |

DATED this 21st day of January, 2016.

                                      Respectfully submitted,

                                      ANNETTE L. HAYES
United States Attorney

*/s/ Matthew P. Hampton*
MATTHEW P. HAMPTON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-6677
Fax Number: 206-553-0755

# CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant.

*/s/ Rebecca Eaton*
REBECCA EATON
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax Number: 206-553-0755