UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAY MICHAUD,

Defendant.

CASE NO. CR15-5351RJB

EXHIBIT LIST

*(HEARINGS HELD ON 1/22/16)*

| NO. | DESCRIPTION | DATE ADMITTED | COMMENTS |
|---|---|---|---|
| 12A | Main Page Before Login | 1/22/16 | Pltf Exh |
| 12B | Index Page After Login | 1/22 | Pltf Exh |
| 13A | Posting Thread re New Logo | 1/22 | Pltf Exh |
| 13B | Message Thread Pewter was on at Time of NIT Deployment (Contains Contraband – SEALED) | 1/22 | Pltf Exh |
| 15 | DVD of Cygnus Report (Contains Contraband – SEALED) | 1/22/16 | Pltf Exh |

| NO. | DESCRIPTION | DATE ADMITTED | COMMENTS |
|---|---|---|---|
| 1 | NIT Warrant, Affidavit, and Application (Dkt 47, Ex 1 SEALED) | 1/22 | Pltf Exh |
| 2 | Residential Warrant, Affidavit and Application (Dft 47, Ex 2 SEALED) | 1/22 | Pltf Exh |
| 3 | Phone Warrant, Affidavit, and Application (Dkt 47, Ex 3 SEALED) | 1/22 | Pltf Exh |
| 4 | Delayed Notice Extension Orders (Dkt 47, Ex 4 SEALED) | 1/22 | Pltf Exh |
| 5 | T3 Order, Application, and Affidavit (Dkt 47, Ex 5 SEALED) | 1/22 | Pltf Exh |
| 6 | Tor Project Overview (Dkt 94, Ex 1) | 1/22 | Pltf Exh |
| 7 | Tor FAQ (Dkt 94, Ex 2) | 1/22 | Pltf Exh |
| 8 | Main Page and site logo as of 2/3/15 (Dkt 90, Ex 1) | 1/22 | Pltf Exh |
| 9 | Main page and site logo as of 2/19/5 (Dkt 90, Ex 2) | 1/22 | Pltf Exh |
| A15 | Pictures of administrator's computer screen from 2/20/15 search | 1/22 | Dft Exh |

| NO. | DESCRIPTION | DATE ADMITTED | COMMENTS |
|---|---|---|---|
| A16 | Pictures of administrator's computer screen from 2/20/15 search | 1/22 | Dft Exh |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |