The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | NO. CR15-5351 RJB |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING UNITED STATES' MOTION TO FILE A RESPONSE IN EXCESS OF 12 PAGES |
| JAY MICHAUD, | |
| Defendant. | |

The Court having reviewed the Government's Motion to File a Response in Excess of Twelve Pages, enters the following order:

IT IS HEREBY ORDERED that the motion is GRANTED. The Government may file a Response to Defendant's Third Motion to Compel that does not exceed 20 pages in length.

DATED this 22nd day of January, 2016.

_____
ROBERT J. BRYAN
United States District Judge