JUDGE ROBERT J. BRYAN

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR15-5351RJB |
| Plaintiff, | |
| v. | ORDER GRANTING UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DUE DATE |
| JAY MICHAUD, | |
| Defendant. | |

Based on defendant's unopposed motion to continue the trial date and pretrial motions due date, the Court makes the following findings and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

3. The defense needs additional time to explore issues of some complexity, including all relevant issues and defenses applicable to the case as well as consult with forensics' experts, which would make it unreasonable to expect adequate preparation for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE TRIAL DATE
(*United States v. Michaud*; CR15-5351RJB.) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

1    4. Taking into account the exercise of due diligence, a continuance is necessary
2 to allow the defendant the reasonable time for effective preparation of his defense. 18
3 U.S.C. § 3161(h)(7)(B)(iv).
4    NOW, THEREFORE,
5    IT IS HEREBY ORDERED that the trial date is continued from February 16,
6 2016, to September 19, 2016. The resulting period of delay up to and including
7 February 16, 2016, is hereby excluded for speedy trial purposes under 18 U.S.C. §
8 3161(h)(7)(A) and (B).
9    Pretrial motions are due no later than August 31, 2016.
10    Pretrial conference shall be on September 9, 2016, at 8:30.

ROBERT J. BRYAN
United States District Judge

Presented by:

s/ *Linda Sullivan*
s/ *Colin Fieman*
Assistant Federal Public Defenders

ORDER GRANTING UNOPPOSED MOTION
TO CONTINUE TRIAL DATE
(*United States v. Michaud*; CR15-5351RJB.) - 2

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710