JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR15-5351 RJB |
| Plaintiff, | ) |
| v. | ) WAIVER OF SPEEDY TRIAL |
| JAY MICHAUD, | ) |
| Defendant. | ) |

I, Jay Michaud, having been advised by my attorney of my right to a speedy trial under the provisions of the Sixth Amendment, the Federal Speedy Trial Act, 18 U.S.C. § 3161 et seq., and the Plan for the Prompt Disposition of Criminal Cases promulgated by the United States District Court for the Western District of Washington pursuant to the Federal Speedy Trial Act; do hereby knowingly, voluntarily and with advice of counsel, waive my right to a speedy trial and I hereby consent to the continuance of my February 16, 2016 trial to a date on or before September 30, 2016.

I consent to the requested continuance in order to allow counsel the reasonable time necessary for effective preparation of my case. 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

I have been advised by my attorney of my right to be present at any hearing concerning a continuance of my trial date and exclusion of time for speedy trial

WAIVER OF SPEEDY TRIAL
(United States v. Michaud; CR15-5351 RJB) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710

1  purposes pursuant to 18 U.S.C. § 3161, and hereby waive my presence at that hearing.
2  I also agree with my attorney's request for extension of time.
3      DATED this 4th day of February, 2016.

                                    Jay Michaud
                                    Defendant

WAIVER OF SPEEDY TRIAL
(*United States v. Michaud*; CR15-5351 RJB) - 2

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710