Judge Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-5351RJB |
| Plaintiff, | |
| | **ORDER ON GOVERNMENT'S MOTION TO UNSEAL FILINGS** |
| v. | |
| JAY MICHAUD, | |
| Defendant. | |

The Court, having considered the government's unopposed motion to unseal pleadings, IT IS ORDERED

The following docket entries shall be unsealed:

1. Docket 17: Motion for Discovery Protective Order

2. Docket 19:  Discovery Protective Order

3. Docket 26:  Motion to Suppress Evidence and Statements

4. Docket 41-1:  Residential SW

5. Docket 41-4:  March 9, 2015 Facsimile to Comcast

6. Docket 44: Affidavit of Colin Fieman in Support of Reply to Government's Response to Motion to Vacate Protective Order

7. Docket 47: Response to Motion to Suppress Evidence and Statements

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

8.  Docket 47-2: Residential Warrant

9.  Docket 47-3: Cell Phone Warrant

10.  Docket 52: Exhibit B to Docket 50 (February 20, 2015, Screenshot of Website A Homepage)

11.  Docket 65: Second Motion to Suppress and Request for a Franks Hearing

12.  Docket 65-1: Exhibit A (Website A Screenshot)

13.  Docket 65-2: Exhibit B (Website A Screenshot)

14.  Docket 65-3: Proposed Order

15.  Docket 69: Reply to Government's Response to First Motion to Suppress Evidence and Statements

16.  Docket 69-1: Exhibit A (U.S. v. Cottom et al. July 28, 2014, Findings and Recommendation)

17.  Docket 74: Response to Motion to Compel Discovery

18.  Docket 74-1: Exhibit 1 (September 9, 2015, Letter from Colin Fieman)

19.  Docket 74-2: Exhibit 2 (October 22, 2015, Letter from Colin Fieman)

20.  Docket 74-3: Exhibit 3 (October 30, 2015, Letter from Kate Vaughan)

21.  Docket 87: Response to Motion to Dismiss Indictment

22.  Docket 90: Response to Second Motion to Suppress and Request for Franks Hearing

23.  Docket 90-1: Exhibits 1/2 (Website A Homepage Screenshots)

24.  Docket 94:  Surreply to First Motion to Suppress Evidence and Statements

25.  Docket 94-1: Exhibit 1 (Tor Project Overview); Exhibit 2 (TOR Project FAQ);

26.  Docket 96: Stipulated Motion for Entry of Discovery Protective Order

27.  Docket 102: Discovery Protective Order

28.  Docket 109:  Response to Order Compelling Discovery

29.  Docket 115: Third Motion to Compel Discovery

IT IS FURTHER ORDERED that the following docket entries shall remain sealed until further order of the Court:

ORDER ON UNOPPOSED MOTION TO UNSEAL FILINGS - 2
CR15-5351RJB

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1. Docket 41-2:  "NIT" warrant which remains under seal in the Eastern District of Virginia

2. Docket 41-3:  Title III Application which remains under seal in the Eastern District of Virginia

3. Docket 47-1: "NIT" warrant which remains under seal in the Eastern District of Virginia

4. Docket 47-3: 18 U.S.C. § 3103a Orders which remain under seal in the Eastern District of Virginia

5. Docket 47-5: Title III Application which remains under seal in the Eastern District of Virginia

6. Docket 69-2: Exhibit B (First Request for Extension of Delayed Notice which remains under seal in the Eastern District of Virginia)

7. Docket 69-3: Exhibit C (Second Request for Extension of Delayed Notice which remains under seal in the Eastern District of Virginia)

8. Docket 69-4: Exhibit D (Third Request for Extension of Delayed Notice which remains under seal in the Eastern District of Virginia)

DATED this  4th  day of February, 2016.

ROBERT J. BRYAN
United States District Judge

Presented by:

/s/ Matthew P. Hampton
MATTHEW P. HAMPTON
Assistant United States Attorney

/s/ Keith A. Becker
KEITH A. BECKER
Trial Attorney

ORDER ON UNOPPOSED MOTION TO UNSEAL FILINGS - 3
CR15-5351RJB

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800