Judge Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>JAY MICHAUD,<br><br>　　　　　Defendant. | NO. CR15-5351RJB<br><br>**ORDER ON GOVERNMENT'S MOTION TO UNSEAL FILINGS** |

The Court, having considered the government's unopposed motion to unseal pleadings, IT IS ORDERED

The following docket entries shall be unsealed:

1. Docket 17: Motion for Discovery Protective Order
2. Docket 19: Discovery Protective Order
3. Docket 26: Motion to Suppress Evidence and Statements
4. Docket 41-1: Residential SW
5. Docket 41-4: March 9, 2015 Facsimile to Comcast
6. Docket 44: Affidavit of Colin Fieman in Support of Reply to Government's Response to Motion to Vacate Protective Order
7. Docket 47: Response to Motion to Suppress Evidence and Statements

ORDER ON UNOPPOSED MOTION TO UNSEAL FILINGS - 1
CR15-5351RJB

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

8. Docket 47-2: Residential Warrant
9. Docket 47-3: Cell Phone Warrant
10. Docket 52: Exhibit B to Docket 50 (February 20, 2015, Screenshot of Website A Homepage)
11. Docket 65: Second Motion to Suppress and Request for a Franks Hearing
12. Docket 65-1: Exhibit A (Website A Screenshot)
13. Docket 65-2: Exhibit B (Website A Screenshot)
14. Docket 65-3: Proposed Order
15. Docket 69: Reply to Government's Response to First Motion to Suppress Evidence and Statements
16. Docket 69-1: Exhibit A (U.S. v. Cottom et al. July 28, 2014, Findings and Recommendation)
17. Docket 74: Response to Motion to Compel Discovery
18. Docket 74-1: Exhibit 1 (September 9, 2015, Letter from Colin Fieman)
19. Docket 74-2: Exhibit 2 (October 22, 2015, Letter from Colin Fieman)
20. Docket 74-3: Exhibit 3 (October 30, 2015, Letter from Kate Vaughan)
21. Docket 87: Response to Motion to Dismiss Indictment
22. Docket 90: Response to Second Motion to Suppress and Request for Franks Hearing
23. Docket 90-1: Exhibits 1/2 (Website A Homepage Screenshots)
24. Docket 94: Surreply to First Motion to Suppress Evidence and Statements
25. Docket 94-1: Exhibit 1 (Tor Project Overview); Exhibit 2 (TOR Project FAQ);
26. Docket 96: Stipulated Motion for Entry of Discovery Protective Order
27. Docket 102: Discovery Protective Order
28. Docket 109: Response to Order Compelling Discovery
29. Docket 115: Third Motion to Compel Discovery

IT IS FURTHER ORDERED that the following docket entries shall remain sealed until further order of the Court:

ORDER ON UNOPPOSED MOTION TO UNSEAL FILINGS - 2
CR15-5351RJB

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800

1. Docket 41-2: "NIT" warrant which remains under seal in the Eastern District of Virginia
2. Docket 41-3: Title III Application which remains under seal in the Eastern District of Virginia
3. Docket 47-1: "NIT" warrant which remains under seal in the Eastern District of Virginia
4. Docket 47-3: 18 U.S.C. § 3103a Orders which remain under seal in the Eastern District of Virginia
5. Docket 47-5: Title III Application which remains under seal in the Eastern District of Virginia
6. Docket 69-2: Exhibit B (First Request for Extension of Delayed Notice which remains under seal in the Eastern District of Virginia)
7. Docket 69-3: Exhibit C (Second Request for Extension of Delayed Notice which remains under seal in the Eastern District of Virginia)
8. Docket 69-4: Exhibit D (Third Request for Extension of Delayed Notice which remains under seal in the Eastern District of Virginia)

DATED this 4th day of February, 2016.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

Presented by:

/s/ Matthew P. Hampton      /s/ Keith A. Becker
MATTHEW P. HAMPTON          KEITH A. BECKER
Assistant United States Attorney   Trial Attorney

ORDER ON UNOPPOSED MOTION TO UNSEAL FILINGS - 3
CR15-5351RJB

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800