JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR15-5351RJB |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING DEFENSE MOTION TO FILE OVERLENGTH REPLY TO THIRD MOTION TO COMPEL |
| JAY MICHAUD, | ) | |
| Defendant. | ) | |

Upon the motion of the Defense to file a Reply to the Government's Response to Third Motion to Compel, in excess of the six-page limitation imposed by Local Rule 12(b)(5) of the Rules of the United States District Court for the Western District of Washington,

IT IS HEREBY ORDERED that leave of court is granted for the defendant to file a Reply to the Government's Response to Third Motion to Compel not to exceed 13 pages.

IT IS SO ORDERED.

DONE this 9th day of February, 2016.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

Presented by:
s/ *Colin Fieman*
Assistant Federal Public Defender

ORDER GRANTING MOTION
TO FILE OVERLENGTH REPLY
(*United States v. Michaud; CR15-5351RJB*) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710