UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | CASE NO. CR15-5351RJB |
|---|---|
| Plaintiff, | ORDER GRANTING THIRD MOTION TO COMPEL DISCOVERY |
| v. | |
| JAY MICHAUD, | |
| Defendant. | |

This matter comes before the court on defendant's Third Motion to Compel Discovery (Dkt. 115). The court is familiar with the records and files herein, documents filed in support of and in opposition to the motion, and has also considered the oral argument on February 17, 2016.

For the reasons stated on the record, the motion is hereby GRANTED, subject to the terms of the Protective Order (Dkt. 102).

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

Dated this 17th day of February, 2016.

*/s/ Robert J. Bryan*

ROBERT J. BRYAN
United States District Judge

ORDER GRANTING THIRD MOTION TO
COMPEL DISCOVERY- 1