The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAY MICHAUD, <br><br> Defendant. | NO. CR15-05351 RJB <br><br> ORDER GRANTING MOTION FOR RECONSIDERATION AND DENYING DEFENDANT'S THIRD MOTION TO COMPEL |

Having considered the Government's Motion for Reconsideration of Order Granting Defendant's Third Motion to Compel and for Leave to Submit Rule 16(d)(1) Filing *Ex Parte* and *In Camera* in the above-captioned case.

It is hereby ORDERED that the Motion is GRANTED. Upon reconsideration and based on the record before the Court, the Court finds that the defendant has not made a sufficient showing to entitle him to the discovery sought in this Third Motion to Compel Discovery (Dkt. 115). That Motion is therefore DENIED.

DATED this _____ day of _____, 2016.

_____
ROBERT J. BRYAN
United States District Judge

*Presented by:*

*/s/ Matthew P. Hampton*
MATTHEW P. HAMPTON
Assistant United States Attorney

ORDER GRANTING MOTION FOR RECONSIDERATION
AND DENYING DEFENDANT'S THIRD MOTION TO COMPEL
*United States v. Michaud*; CR15-05351 RJB - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970