The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAY MICHAUD,<br><br>Defendant. | NO. CR15-05351 RJB<br><br>ORDER GRANTING LEAVE TO SUBMIT RULE 16(d)(1) FILING *EX PARTE* AND *IN CAMERA* |

Having read the Government's Motion for Reconsideration of Order Granting Defendant's Third Motion to Compel and for Leave to Submit Rule 16(d)(1) Filing *Ex Parte* and *In Camera* in the above-captioned case,

It is hereby ORDERED that the government's request to submit a filing under Rule 16(d)(1) *ex parte* and *in camera* is GRANTED.

DATED this _____ day of _____, 2016.

_____
ROBERT J. BRYAN
United States District Judge

*Presented by:*

*/s/ Matthew P. Hampton*
MATTHEW P. HAMPTON
Assistant United States Attorney

ORDER GRANTING LEAVE TO SUBMIT RULE 16(d)(1) FILING *EX PARTE* AND *IN CAMERA*
*United States v. Michaud*; CR15-05351 RJB - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970