Judge Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAY MICAUD,<br><br>Defendant. | NO.   CR15-5351RJB<br><br>GOVERNMENT'S NOTICE OF APPEARANCE OF COUNSEL |

The United States of America, by Annette L. Hayes, United States Attorney for the Western District of Washington, and Michael Dion, Assistant United States Attorney for said District, hereby submits this Notice of Appearance of Counsel in the above-referenced matter.

///

///

///

NOTICE OF APPEARANCE- MICAUD - 1
CR15-5351RJB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Michael Dion is now co-counsel of record for this case with Matthew P. Hampton on
2  behalf of the United States.  Undersigned counsel respectfully requests that all pleadings,
3  court documents, and correspondence be forwarded to the below-listed AUSA in addition to
4  Matthew P. Hampton:

5  Michael Dion
   United States Attorney's Office
6  700 Stewart Street, Suite 5220
7  Seattle, Washington 98101-1271
   Telephone:  (206) 553-7970
8  Fax Number: (206) 553-0755

10  DATED this 31st day of March 2016.

12  Respectfully submitted,

13  ANNETTE L. HAYES
14  United States Attorney

15  *s/ Michael Dion*
16  MICHAEL DION
    Assistant United States Attorney
17  United States Attorney's Office
18  700 Stewart Street, Suite 5220
    Seattle, Washington 98101-1271
19  Telephone: (206) 553-7970
20  Fax: (206) 553-0755
    Email:  Michael.Dion@usdoj.gov

NOTICE OF APPEARANCE- MICAUD - 2
CR15-5351RJB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

# CERTIFICATE OF SERVICE

I hereby certify that on March 31, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).

*s/ Jacqueline Masonic*
JACQUELINE MASONIC
Supervisory Legal Admin Specialist
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: 206-553-7970
Fax: 206-553-0755
Email: Jackie.Masonic@usdoj.gov

NOTICE OF APPEARANCE- MICAUD - 3
CR15-5351RJB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970