Judge Robert J. Bryan

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAY MICAUD,

Defendant.

NO.      CR15-5351RJB

GOVERNMENT'S NOTICE
OF APPEARANCE OF
COUNSEL

The United States of America, by Annette L. Hayes, United States Attorney for the

Western District of Washington, and Michael Dion, Assistant United States Attorney for said

District, hereby submits this Notice of Appearance of Counsel in the above-referenced

matter.

///

///

///

NOTICE OF APPEARANCE- MICAUD - 1
CR15-5351RJB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   Michael Dion is now co-counsel of record for this case with Matthew P. Hampton on

2   behalf of the United States.  Undersigned counsel respectfully requests that all pleadings,

3   court documents, and correspondence be forwarded to the below-listed AUSA in addition to

4   Matthew P. Hampton:

5               Michael Dion
            United States Attorney's Office
6           700 Stewart Street, Suite 5220
            Seattle, Washington 98101-1271
7           Telephone:  (206) 553-7970
            Fax Number: (206) 553-0755
8

9

10   DATED this 31st day of March 2016.

11

12                      Respectfully submitted,

13                      ANNETTE L. HAYES

14                      United States Attorney

15                      s/ Michael Dion
16                      MICHAEL DION
                        Assistant United States Attorney
17                      United States Attorney's Office
18                      700 Stewart Street, Suite 5220
                        Seattle, Washington 98101-1271
19                      Telephone: (206) 553-7970
20                      Fax: (206) 553-0755
                        Email:  Michael.Dion@usdoj.gov
21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE- MICAUD - 2
CR15-5351RJB

1

2

<u>CERTIFICATE OF SERVICE</u>

3       I hereby certify that on March 31, 2016, I electronically filed the foregoing with the

4   Clerk of the Court using the CM/ECF system which will send notification of such filing to

5   the attorney(s) of record for the defendant(s).

6

7

8                                                          *s/ Jacqueline Masonic*
                                                          JACQUELINE MASONIC
9                                                          Supervisory Legal Admin Specialist
10                                                         United States Attorney's Office
                                                          700 Stewart Street, Suite 5220
11                                                         Seattle, Washington 98101-1271
                                                          Telephone: 206-553-7970
12                                                         Fax: 206-553-0755
13                                                         Email: Jackie.Masonic@usdoj.gov

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEARANCE- MICAUD - 3
CR15-5351RJB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5200
SEATTLE, WASHINGTON 98101
(206) 553-7970