JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR15-5351RJB |
| ) | |
| Plaintiff, ) | ORDER GRANTING UNOPPOSED |
| ) | MOTION TO EXTEND RESPONSE |
| v. ) | DUE DATE |
| ) | |
| JAY MICHAUD, ) | |
| ) | |
| Defendant. ) | |

Upon the unopposed motion of the defense to extend the Response to the Government's Motion for Reconsideration (Dkt. 165) due date in the above-captioned case, the Court finds that such a continuance would serve the ends of justice, therefore,

IT IS HEREBY ORDERED that the Response due date be extended to April 22, 2016.

DATED this 1st day of April, 2016.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

Presented by:
*s/ Colin Fieman*
*s/ Linda Sullivan*
Assistant Federal Public Defenders
Attorneys for Jay Michaud

ORDER GRANTING UNOPPOSED MOTION TO
EXTEND RESPONSE DUE DATE
(*United States v. Michaud*; CR15-5351RJB) - 1

FEDERAL PUBLIC DEFENDER
1331 Broadway, Suite 400
Tacoma, WA 98402
(253) 593-6710