The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAY MICHAUD,<br><br>Defendant. | NO. CR15-05351 RJB<br><br>ORDER TO SEAL GOVERNMENT'S MOTION FOR RECONSIDERATION OF ORDER GRANTING DEFENDANT'S THIRD MOTION TO COMPEL AND FOR LEAVE TO SUBMIT RULE 16(d)(1) FILING *EX PARTE* AND *IN CAMERA* |

Having read the Government's Motion for Reconsideration of Order Granting Defendant's Third Motion to Compel and for Leave to Submit Rule 16(d)(1) Filing *Ex Parte* and *In Camera* in the above-captioned case, which was filed under seal, and Government's Motion to Seal requesting that this pleading be allowed to remain under seal.

//
//
//

ORDER TO SEAL
*United States v. Michaud*; CR15-05351 RJB - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1   It is hereby ORDERED that the Government's Motion for Reconsideration of
2   Order Granting Defendant's Third Motion to Compel and for Leave to Submit Rule
3   16(d)(1) Filing *Ex Parte* and *In Camera* in this matter shall remain sealed.
4   DATED this 13th day of April, 2016.

ROBERT J. BRYAN
United States District Judge

*Presented by:*

*/s/ Matthew P. Hampton*
MATTHEW P. HAMPTON
Assistant United States Attorney

ORDER TO SEAL
*United States v. Michaud*; CR15-05351 RJB - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970