The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAY MICHAUD,

Defendant.

NO. CR15-05351 RJB

ORDER TO SEAL GOVERNMENT'S
MOTION FOR RECONSIDERATION OF
ORDER GRANTING DEFENDANT'S
THIRD MOTION TO COMPEL AND
FOR LEAVE TO SUBMIT RULE 16(d)(1)
FILING *EX PARTE* AND *IN CAMERA*

Having read the Government's Motion for Reconsideration of Order Granting Defendant's Third Motion to Compel and for Leave to Submit Rule 16(d)(1) Filing *Ex Parte* and *In Camera* in the above-captioned case, which was filed under seal, and Government's Motion to Seal requesting that this pleading be allowed to remain under seal.

//

//

//

ORDER TO SEAL
*United States v. Michaud*; CR15-05351 RJB  - 1

1    It is hereby ORDERED that the Government's Motion for Reconsideration of

2    Order Granting Defendant's Third Motion to Compel and for Leave to Submit Rule

3    16(d)(1) Filing *Ex Parte* and *In Camera* in this matter shall remain sealed.

4    DATED this 13th day of  April, 2016.

5

6

7

8

9

10    _____

11    ROBERT J. BRYAN
      United States District Judge

12

13

14    *Presented by:*

15

16    */s/ Matthew P. Hampton*
      MATTHEW P. HAMPTON

17    Assistant United States Attorney

18

19

20

21

22

23

24

25

26

27

28

ORDER TO SEAL
*United States v. Michaud*; CR15-05351 RJB  - 2