Judge Bryan

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAY MICHAUD, <br><br> Defendant. | NO. CR15-5351RJB <br><br> **ORDER GRANTING MOTION TO EXTEND TIME TO FILE REPLY BRIEF IN SUPPORT OF MOTION FOR RECONSIDERATION** |

The Court, having reviewed the Unopposed Motion of the United States to Extend Time to File Reply Brief in Support of the Motion to Reconsider the Order Granting Defendant Jay Michaud's Third Motion to Compel (docket no. 165), finds that there is good cause to grant the Motion. Accordingly, the United States may file its reply brief by May 5, 2016.

IT IS ORDERED

DATED this 19th day of April, 2016.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

*United States v. Michaud,* CR15-5351RJB
ORDER TO EXTEND TIME TO FILE REPLY - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800