The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAY MICHAUD,<br><br>Defendant. | NO. CR15-5351 RJB<br><br>ORDER GRANTING UNITED STATES' MOTION FOR LEAVE TO FILE OVER LENGTH BRIEF |

The Court having reviewed the Government's Motion for Leave to File Over Length Brief enters the following order:

IT IS HEREBY ORDERED that leave is GRANTED. The Government may file a consolidated reply and answering brief totaling sixteen pages in length.

DATED this 9th day of May, 2016.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge

Presented by:

*s/ Matthew P. Hampton*
MATTHEW P. HAMPTON
Assistant United States Attorney

ORDER FOR LEAVE TO FILE OVER LENGTH BRIEF - 1
*United States v. Michaud*, CR15-5351 RJB

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800