The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAY MICHAUD,<br><br>Defendant. | NO. CR15-5351 RJB<br><br>ORDER TO SEAL GOVERNMENT'S CONSOLIDATED RESPONSE TO DEFENDANT'S MOTION TO DISMISS AND REPLY REGARDING MOTION FOR RECONSIDERATION OF ORDER GRANTING DEFENDANT'S THIRD MOTION TO COMPEL AND FOR LEAVE TO SUBMIT RULE 16(d)(1) FILING *EX PARTE* AND *IN CAMERA* |

Having read the Government's Consolidated Response to Defendant's Motion to Dismiss and Reply Regarding Motion For Reconsideration of Order Granting Defendant's Third Motion to Compel and For Leave to Submit Rule 16(d)(1) Filing *Ex Parte* and *In Camera* in the above-captioned case, which was filed under seal, and Government's Motion to Seal requesting that this pleading be allowed to remain under seal.

//
//
//
//
//
//

ORDER TO SEAL - 1
*United States v. Michaud* / CR15-5351 RJB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  It is hereby ORDERED that the Government's Consolidated Response to
2  Defendant's Motion to Dismiss and Reply Regarding Motion For Reconsideration of
3  Order Granting Defendant's Third Motion to Compel and For Leave to Submit Rule
4  16(d)(1) Filing *Ex Parte* and *In Camera* in this matter shall remain sealed.
5  DATED this 9th day of May, 2016.

_____
ROBERT J. BRYAN
United States District Judge

*Presented by:*

/s/ Matthew P. Hampton
MATTHEW P. HAMPTON
Assistant United States Attorney

ORDER TO SEAL - 2
*United States v. Michaud* / CR15-5351 RJB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970