The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR15-5351 RJB |
| Plaintiff, | |
| | ORDER CONTINUING HEARING |
| v. | |
| JAY MICHAUD, | |
| Defendant. | |

The Court, having reviewed the Government's Expedited Motion to Strike or Continue Hearing:

IT IS HEREBY ORDERED that motion to continue is GRANTED.  The hearing on the government's motion for reconsideration scheduled for May 12, 2016, is rest to _____.

DATED this _____ day of _____, 2016.

_____
ROBERT J. BRYAN
United States District Judge

Presented by:

*s/ Matthew P. Hampton*
MATTHEW P. HAMPTON
Assistant United States Attorney

ORDER CONTINUING HEARING - 1
*United States v. Michaud*, CR15-5351 RJB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970