The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAY MICHAUD, <br><br> Defendant. | NO. CR15-5351 RJB <br><br> ORDER GRANTING GOVERNMENT'S MOTION TO STRIKE |

The Court, having reviewed the Government's Expedited Motion to Strike or Continue Hearing:

IT IS HEREBY ORDERED that motion to strike is GRANTED.  The materials filed by Defendant Jay Michaud at Docket Numbers 191-1, 191-2, and 191-3 are STRICKEN.

DATED this _____ day of _____, 2016.

_____
ROBERT J. BRYAN
United States District Judge

Presented by:

*s/ Matthew P. Hampton*
MATTHEW P. HAMPTON
Assistant United States Attorney

ORDER GRANTING MOTION TO STRIKE - 1
*United States v. Michaud*, CR15-5351 RJB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970