The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | No. 15-CR-05351-RJB |
|---|---|
| Plaintiff, | **MOZILLA CORPORATION'S MOTION TO FILE OVERLENGTH BRIEF** |
| v. | |
| JAY MICHAUD, | **NOTE ON MOTION CALENDAR: Wednesday, May 11, 2016** |
| Defendant. | |

COMES NOW, non-party Mozilla Corporation, and seeks an order for leave to file an overlength brief. Non-party Mozilla is filing a Motion to Intervene or Appear as *Amicus Curiae* in Relation to Government's Motion for Reconsideration and for Leave to Submit Filing Ex Parte and In Camera. Rather than file a Motion to Intervene and a Motion to Appear as Amicus Curaie as two separate briefs—each subject to a twelve page limit—Mozilla has combined the requests for the convenience of the Court and parties. Given the technical nature of the argument therein, and the importance of the outcome, Mozilla requires fifteen pages. Accordingly, to the extent this combined motion is deemed to be subject to the twelve page limit, Mozilla requests leave to include three additional pages.

MOTION TO FILE OVERLENGTH BRIEF (15-CR-05251-RJB) - 1

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

1     Therefore, non-party Mozilla respectfully asks that the Court grant its Motion to File an Overlength Brief.

    DATED this 11th day of May, 2016.

Davis Wright Tremaine LLP
Attorneys for Non-Party Mozilla

By */s/ James E. Howard*
    James E. Howard, WSBA #37259
    Jeffrey Coopersmith, WSBA #30954
    1201 Third Avenue, Suite 2200
    Seattle, WA  98101-3045
    Telephone: 206-622-3150
    Fax: 206-757-7700
    E-mail: jimhoward@dwt.com
           jeffcoopersmith@dwt.com

    Marc Zwillinger (*pro hac vice* to be filed)
    Jacob Sommer (*pro hac vice* to be filed)
    ZwillGen PLLC
    1900 M St. NW, Ste. 250
    Washington, DC 20036
    (202) 296-3585
    marc@zwillgen.com
    Jake@zwillgen.com

MOTION TO FILE OVERLENGTH BRIEF (15-CR-05251-RJB) - 2

Davis Wright Tremaine LLP
LAW OFFICES
1201 Third Avenue, Suite 2200
Seattle, WA  98101-3045
206.622.3150 main · 206.757.7700 fax

DWT 29530537v1 0050033-000393