UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JAY MICHAUD,<br><br>Defendant. | CASE NO. CR15-5351RJB<br><br>ORDER DENYING MOZILLA'S MOTION TO INTERVENE OR APPEAR AS AMICUS CURIAE IN RELATION TO THE GOVERNMENT'S MOTION FOR RECONSIDERATION OF COURT'S ORDER ON THE THIRD MOTION TO COMPEL |

This matter comes before the court on the above-referenced motion (Dkt. 195). The court's oral ruling on May 12, 2016, that the plaintiff is not required to produce the requested discovery (Dkt. 199) apparently makes Mozilla's Motion to Intervene or Appear as Amicus Curiae moot, and the Motion to Intervene or Appear as Amicus Curiae should, accordingly, be DENIED.

It appears that Mozilla's concerns should be addressed to the United States and should not be part of this criminal proceeding. Therefore it is now

ORDER DENYING MOZILLA'S MOTION TO INTERVENE OR APPEAR AS AMICUS CURIAE IN RELATION TO THE GOVERNMENT'S MOTION FOR RECONSIDERATION OF COURT'S ORDER ON THE THIRD MOTION TO COMPEL- 1

1     ORDERED that Mozilla's Motion to Intervene or Appear as Amicus Curiae (Dkt. 195) is
2 DENIED.

3     The Clerk is directed to send uncertified copies of this Order to all counsel of record and
4 to any party appearing *pro se* at said party's last known address.

5     Dated this 16th day of May, 2016.

*[signature]*

ROBERT J. BRYAN
United States District Judge

ORDER DENYING MOZILLA'S MOTION TO INTERVENE OR APPEAR AS AMICUS CURIAE IN RELATION TO THE GOVERNMENT'S MOTION FOR RECONSIDERATION OF COURT'S ORDER ON THE THIRD MOTION TO COMPEL- 2