1

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE EASTERN DISTRICT OF VIRGINIA
 2                     Newport News Division

 3

 4    - - - - - - - - - - - - - - - - - -
      UNITED STATES OF AMERICA,        )
 5                                     )
              Plaintiff,                )
 6                                     )       CRIMINAL CASE NO.
      v.                               )          4:16cr00016
 7                                     )
      EDWARD JOSEPH MATISH, III,       )
 8                                     )
              Defendant.                )
 9    - - - - - - - - - - - - - - - - - -

10

11                     EXCERPT OF PROCEEDINGS
                (Testimony of Special Agent Daniel Alfin)
12

13                       Norfolk, Virginia

14                        May 19, 2016

15

16

17    BEFORE:    THE HONORABLE HENRY COKE MORGAN, JR.
                 United States District Judge
18

19    APPEARANCES:

20            UNITED STATES ATTORNEY'S OFFICE
              By:  Eric M. Hurt
21                 Kaitlin C. Gratton
                   Assistant United States Attorneys
22                 Counsel for the United States

23            FEDERAL PUBLIC DEFENDER'S OFFICE
              By:  Andrew W. Grindrod
24                 Richard J. Colgan
                   Assistant Federal Public Defenders
25                 Counsel for the Defendant
```

Heidi L. Jeffreys, Official Court Reporter

D. Alfin - Direct

1  A. That is correct.
2  Q. And some of the information on here was gathered from his
3  computer by the NIT and sent back to the FBI, correct?
4  A. That is correct.
5  Q. That information includes the IP address?
6  A. I want to clarify. With the IP address, that was not
7  actually resident on his computer. After the NIT collected
8  information it sent it over the regular Internet to our
9  server, and his IP address was observed at that time.
10 Q. Okay. And the MAC --
11 A. That is the MAC address of the computer.
12        MAC is an acronym for Media Address Control. It is
13 a unique hardware identifier on an individual's network card.
14 For example, if they're using a hard-wired Internet cable,
15 that port on the computer where you plug it into will have a
16 unique MAC address, or a wireless card will also have a
17 unique MAC address.
18 Q. And, so, the purpose of gathering that information is
19 because multiple computers can be logged on to the Internet
20 through the same IP address, right?
21 A. That is correct.
22 Q. And, so, the reason the FBI collected that information
23 and some other information we're going to talk about is
24 because it would help the FBI narrow the possible computers
25 who might have been logging on to the site from that IP

D. Alfin - Direct

1  address, correct?
2  A.  You could use the MAC address to identify which computer
3  in a residence was the one that logged on to the Web site.
4  Q.  So if I have three laptops in my house and four cell
5  phones that connect to Wi-Fi, just based on the IP address
6  the FBI may not be able to tell which device actually logged
7  on to Playpen, correct?
8  A.  That's possible.
9  Q.  But because the FBI gathered from the activating computer
10 this additional information, it can help the FBI pinpoint
11 which device actually logged on.
12 A.  That would be one way of identifying the device.
13 Q.  And another way of identifying the device would be based
14 on the host name.
15 A.  That's correct.
16 Q.  That's other information that the NIT gathered from, in
17 this case, Mr. Matish's computer and sent back to the FBI.
18 A.  That is correct.
19 Q.  The same with the login name.  Here that says, "Eddie,"
20 correct?
21 A.  It does.
22 Q.  And, so, a login name, at least with the Windows
23 operating system, is created by whoever installs the Windows
24 operator system on their computer, correct?
25 A.  Generally, yes.