JUDGE ROBERT J. BRYAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR15-5351 RJB |
| Plaintiff, | ) | |
| v. | ) | (PROPOSED) ORDER TO |
| JAY MICHAUD, | ) | MODIFY APPEARANCE BOND |
| Defendant. | ) | |

THIS MATTER has come before the undersigned on the motion of the defendant to modify his appearance bond to remove the ankle bracelet/GPS monitoring component of the location monitoring program and substitute electronic monitoring by means of weekly cell phone contact with Pretrial Services. The Court has considered the motion and records in this case and finds there are compelling reasons to modify Mr. Michaud's appearance bond as requested.

IT IS HEREBY ORDERED that Mr. Michaud's appearance bond is modified to remove the ankle bracelet/GPS monitoring component of the location monitoring program and substituted by electronic monitoring, by means of weekly cell phone contact with Pretrial Services.

DATED this _____ day of _____ 2016.

_____
ROBERT J. BRYAN
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Colin Fieman*
Federal Public Defender
Attorney for Jay Michaud

ORDER TO MODIFY APPEARANCE BOND
(*United States v. Michaud*; CR15-5351RJB) - 1

**FEDERAL PUBLIC DEFENDER**
**1331 Broadway, Suite 400**
**Tacoma, WA 98402**
**(253) 593-6710**