| AO 435 (Rev. 04/11) | Administrative Office of the United States Courts **TRANSCRIPT ORDER** *Please Read Instructions:* | | FOR COURT USE ONLY **DUE DATE:** | |
|---|---|---|---|---|
| 1. NAME Helen J. Brunner, First Assistant U.S. Attorney | | 2. PHONE NUMBER (206) 553-5172 | 3. DATE 7/14/2016 | |
| 4. MAILING ADDRESS 700 Stewart Street, Suite 5220 | | 5. CITY Seattle | 6. STATE WA | 7. ZIP CODE 98101 |
| 8. CASE NUMBER 15cr5351RJB | 9. JUDGE Robert J. Bryan | DATES OF PROCEEDINGS | | |
| | | 10. FROM 7/23/2015 | 11. TO 7/14/2016 | |
| 12. CASE NAME United States v. Jay Michaud | | LOCATION OF PROCEEDINGS | | |
| | | 13. CITY Tacoma | 14. STATE Washington | |

15. ORDER FOR
[X] APPEAL [ ] CRIMINAL [ ] CRIMINAL JUSTICE ACT [ ] BANKRUPTCY
[ ] NON-APPEAL [ ] CIVIL [ ] IN FORMA PAUPERIS [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [X] PRE-TRIAL PROCEEDING (Spcy) | 11/23/2015 |
| [ ] CLOSING ARGUMENT (Defendant) | | 12/14/2015; 1/22/2016; | Have been obtained |
| [ ] OPINION OF COURT | | 5/12/2016; 2/17/2016 | Have been obtained |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify) | |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [X] | [ ] | NO. OF COPIES | | |
| 14-Day | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [ ] | [ ] | NO. OF COPIES | | |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |
| REALTIME | [ ] | [ ] | | | |
| CERTIFICATION (18. & 19.) By signing below, I certify that I will pay all charges (deposit plus additional). | | | ESTIMATE TOTAL | | 0.00 |

| 18. SIGNATURE /s/ Helen J. Brunner | PROCESSED BY |
|---|---|
| 19. DATE 7/14/2016 | PHONE NUMBER |
| TRANSCRIPT TO BE PREPARED BY | COURT ADDRESS |

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

**DISTRIBUTION:** COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY