The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | NO. CR15-5351RJB |
|---|---|
| Plaintiff, | |
| | GOVERNMENT'S UNOPPOSED MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE |
| v. | |
| JAY MICHAUD, | |
| Defendant. | *Noting Date:  March 17, 2017* |

## I.    INTRODUCTION

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the government moves to dismiss the indictment in this case without prejudice.  The suppression order entered by the Court in May 2016 has deprived the government of the evidence needed to establish Defendant Jay Michaud's guilt beyond a reasonable doubt at trial.  Because the government remains unwilling to disclose certain discovery related to the FBI's deployment of a "Network Investigative Technique" ("NIT") as part of its investigation into the Playpen child pornography site, the government has no choice but to seek dismissal of the indictment.

The government fully and forcefully litigated the discovery issue that gave rise to the Court's suppression order.  It has undertaken this litigation in good faith and in an

Government's Unopposed Motion to Dismiss Indictment Without Prejudice - 1
*United States v. Michaud* CR15-5351RJB

1  effort to balance the many competing interests that are at play when sensitive law

2  enforcement technology becomes the subject of a request for criminal discovery.  And

3  dismissal without prejudice is therefore warranted.  Counsel for the United States has

4  conferred with counsel for the defendant, Colin Fieman, who has stated that Defendant

5  does not oppose the government's request.

6                              **II.     DISCUSSION**

7         The Ninth Circuit has long held that Rule 48(a) requires dismissal without

8  prejudice "provided [the government] is not acting in bad faith."  *United States v.*

9  *Hayden*, 860 F.2d 1483, 1488 (9th Cir. 1988); *see also United States v. W.R. Grace*, 429

10  F. Supp. 2d 1207, 1247 (D. Mont. 2006) ("Dismissal under Rule 48(a) is without

11  prejudice unless the court finds that the dismissal is sought for some improper purpose.").

12  Indeed, a district court is "'duty bound' to grant the government's Rule 48(a) motion to

13  dismiss an indictment without prejudice unless 'it specifically determines that the

14  government is operating in bad faith' in pursuing the motion.  *United States v. Mujahid*,

15  491 F. App'x 859, 860 (9th Cir. 2012) (quoting *Hayden*, 860 F.2d at 1487).

16         The government must now choose between disclosure of classified information

17  and dismissal of its indictment.  Disclosure is not currently an option.  Dismissal without

18  prejudice leaves open the possibility that the government could bring new charges should

19  there come a time within the statute of limitations when and the government be in a

20  position to provide the requested discovery.

21  //

22  //

23  //

24  //

25  //

26  //

27  //

28

Government's Unopposed Motion to Dismiss Indictment Without Prejudice - 2
*United States v. Michaud* CR15-5351RJB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1      The government has not sought unfair advantage over Michaud, nor has it acted

2  with any improper motive.  It simply acted to protect highly sensitive information from

3  criminal discovery as was its obligation.  The Court should therefore dismiss this case

4  without prejudice.

5      DATED this 3rd day of March, 2017.

6

7                              Respectfully submitted,

8                              ANNETTE L.  HAYES

9                              United States Attorney

10

11                              */s/ Matthew P. Hampton*

12                              HELEN J. BRUNNER

13                              MICHAEL DION

14                              MATTHEW P. HAMPTON

                              Assistants United States Attorneys

15                              700 Stewart Street, Suite 5220

16                              Seattle, Washington 98101

                            Telephone:   (206) 553-7970

17                              Fax:         (206) 553-0755

                            E-mail: matthew.hampton@usdoj.gov

18

19

20

21

22

23

24

25

26

27

28

Government's Unopposed Motion to Dismiss Indictment Without Prejudice - 3
*United States v. Michaud* CR15-5351RJB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant.

*s/Emily Miller*
EMILY MILLER
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-2267
FAX:   (206) 553-0755
E-mail: emily.miller@usdoj.gov

Government's Unopposed Motion to Dismiss Indictment Without Prejudice - 4
*United States v. Michaud* CR15-5351RJB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970