The Honorable Robert J. Bryan

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JAY MICHAUD, <br><br> Defendant. | NO. CR15-5351 RJB <br><br> ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE |

The Court, having reviewed the government's unopposed motion to dismiss the indictment without prejudice, enters the following order:

IT IS HEREBY ORDERED that the indictment in this case is dismissed without prejudice.

DATED this _____ day of _____, 2017.

_____
ROBERT J. BRYAN
United States District Judge

Presented by:

*s/ Matthew P. Hampton*
MATTHEW P. HAMPTON
Assistant United States Attorney

ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE - 1
*United States v. Michaud*, CR15-5351 RJB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970