The Honorable Robert J. Bryan

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA, | NO. CR15-5351 RJB |
|---|---|
| Plaintiff, | |
| v. | ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE |
| JAY MICHAUD, | |
| Defendant. | |

The Court, having reviewed the government's unopposed motion to dismiss the indictment without prejudice (Dkt. 227), enters the following order:

IT IS HEREBY ORDERED that the indictment in this case is dismissed without prejudice.

DATED this 6th day of March, 2017.

ROBERT J. BRYAN
United States District Judge

Presented by:

*s/ Matthew P. Hampton*
MATTHEW P. HAMPTON
Assistant United States Attorney

ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE - 1
*United States v. Michaud*, CR15-5351 RJB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970